**SANG KOO YI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 10–71007.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Christopher Franco Duran, Esquire,
Law Offices of Jane Chung, Los Angeles,
CA, for Petitioner.

Susan Bennett Green, Trial, OIL, U.S.
Department of Justice, Washington, DC,
Chief Counsel ICE, Office of the Chief

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Petitioner Sang Koo Yi, a native and citizen of Korea, petitions for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Yi failed to show exceptional and extremely unusual hardship to his U.S. citizen mother. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

Yi's contention that the agency failed to properly consider and weigh all evidence of hardship does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).